UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 06-13223<br>CHAPTER 13 |
| JAMES A. MURPHY | : | JUDGE Honorable Jeffery P. Hopkins |
| DEBTOR | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the creditor. Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 917769 | $3.43 |

Creditor(s)
Beneficial
1301 E. Tower Road
Schaumburg, IL 60173


                                                  Respectfully submitted,

                                          /s/    Margaret A. Burks, Esq.
                                                   Margaret A. Burks, Esq.
                                                   Chapter 13 Trustee
                                                 Attorney No. OH 0030377

                                                 Francis J. DiCesare, Esq.
                                                 Staff Attorney
                                                 Attorney No. OH 0038798

                                                 Karolina F. Perr, Esq.
                                                 Staff Attorney
                                                 Attorney No. OH 0066193

                                                 600 Vine Street, Suite 2200
                                                 Cincinnati, OH 45202
                                                 (513) 621-4488
                                                 (513) 621 2643 (Facsimile)
                                                 mburks@cinn13.org - Correspondence only
                                                 fdicesare@cinn13.org
                                                 kperr@cinn13.org
                                                 cincinnati@cinn13.org - Court Filings

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, May 06, 2011.

                           /s/    Margaret A. Burks, Esq.
                                  Margaret A. Burks, Esq.

Beneficial
1301 E. Tower Road
Schaumburg, IL 60173

Debtor(s) Counsel
JOHN W. ROSE, ESQ.
711 PROVIDENT BANK BLDG
632 VINE STREET
CINCINNATI, OH  45202

Debtor(s)
JAMES A. MURPHY
839 SMILEY AVENUE
CINCINNATI, OH  45240

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)

HSBC
636 Grand Regency Blvd.
Brandon, FL 33510

Registry_Deposit_for_Creditor